IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF:

GILBERT JOSEPH GRADISAR    Case No. : 1:05-MC-066
Ohio Atty. Reg. No. 0021782    Chief Judge Susan J. Dlott
RESPONDENT

### ORDER OF REINSTATEMENT

This matter is before the Court for consideration of Respondent's Motion for Reinstatement to the practice of law in the United States District Court for the Southern District of Ohio.

Respondent avers that, on December 16, 2010, the Supreme Court of Ohio reinstated him to the practice of law; he has paid all fees assessed for noncompliance; has made up all deficiencies and is now in full compliance with all requirements of Gov. Bar R. X; has completed the credit hours of continuing legal education required during the suspension; has never been the subject of, nor has there ever been an allegation of moral turpitude or failure to meet the highest ethical standards of the bar.

Without objection from the Ohio Disciplinary Counsel, it appears to the Court that a hearing on Respondent's Motion under Rule VII(C) of the Model Federal Rules of Disciplinary Enforcement would be superfluous.

Accordingly, the Court finds Mr. Gradisar is fit to resume the practice of law in this Court and **GRANTS** Respondent Gilbert Joseph Gradisar's Motion for Reinstatement to the practice of law in the United States District Court for the Southern District of Ohio.

**IT IS SO ORDERED**.

Susan J. Dlott, Chief Judge
United States District Court
Southern District of Ohio